FRANCES BECKER, an Infant, by Mrs. BENJ. FUCHS, Her Guardian ad Litem, Respondent, v. NEW YORK TRUST COMPANY, Trustee for FRANK D. FINLAY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ETHEL WIEN, Respondent, v. NATHAN I. WIEN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOSEPH KESSLER, Respondent, v. BEN FLIGEL, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ALBERT AROWITZ and Another, etc., Appellants, v. ISAAC BARROWS and UNITED POWER LAUNDRIES, INC., Respondents, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SALVATORE PEDOTO, Respondent, v. MUSHROOM TRANSPORTATION COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of EDWARD A. BROWN, an Attorney.— Motion denied. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of LEON C. SHULTZ, an Attorney.— Reference ordered. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

In the Matter of WILLIAM R. KLEIN, an Attorney.— Reference ordered. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

IDA PEKARSKY, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Defendant. JOSEPH GANS, Appellant.— Order entered January 10, 1933, modified by striking out the last two paragraphs thereof, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant, and the matter remitted to Hon. John M. Tierney, official referee, to take proof of the value of the services of plaintiff's original attorney. Appeal from order denying motion for reargument dismissed. No opinion. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Assignment for the Benefit of Creditors of WALKER & HEISLER, INC., Assignor, to FRANK H. DEKNATEL, Assignee, Appellant. CHARLES V. HOFFMAN, Respondent.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

BENJAMIN YEDWABNIK, an Infant, by HENRY YEDWABNIK, His Guardian ad Litem, and HENRY YEDWABNIK v. STANDARD OIL COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.